**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANDREI IVASCHENKO; PAVEL MELNIK; and DOES 1-10,<br><br>　　　　　Defendants | Case No. 2:16-cv-02016-JAM-CKD<br>Hon. John A. Mendez<br><br>**ORDER ON STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT**<br><br>Action filed: August 23, 2016<br>Trial Date: None Set |

Plaintiff Scott Johnson and Defendant Pavel Melnik, by and through their attorneys of record, having been considered, the Clerk's Entry of Default against Defendant Pavel Melnik is hereby set aside. Defendant Pavel Melnik shall have ten days after the date of this order to file his answer to the complaint.

**IT IS SO ORDERED.**

Dated: 10/26/16　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge